■ JESSE M. HILSEN, Appellant, v RITA HILSEN, Respondent. —Order, Supreme Court, New York County (Myriam Altman, J.), entered on or about March 6, 1987, unanimously affirmed. Respondent shall recover of appellant $75 costs and disburse-

ments of this appeal. Motion by defendant-respondent to strike the record on appeal denied. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Milonas and Smith, JJ.